# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

MARK SZITTAI,

    Plaintiff,

v.                                             Case No: 2:20-cv-548-SPC-NPM

CENTURYTEL SERVICE
GROUP, LLC,

    Defendant.
_____/

## **ORDER**[1]

    Before the Court is Plaintiff Mark Szittai's Unopposed Motion to Stay Proceedings. (Doc. 40). A court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). The party seeking the stay must show good cause and reasonableness. *See Belloso v. Asplundh Tree Expert Co.*, No. 6:18-cv-460-Orl-40TBS, 2018 WL 4407088, at *2 (M.D. Fla. Sept. 17, 2018). Having considered Plaintiff's motion, which Defendant Centurytel Service Group, LLC does not oppose, the Court finds good and reasonable cause to stay this case.

    Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

Plaintiff Mark Szittai's Unopposed Motion to Stay Proceedings (Doc. 40) is **GRANTED**.

1. All proceedings and deadlines in this case are **STAYED**, and the Clerk must add a stay flag to the file.

2. The parties are **DIRECTED** to file a joint status report on whether the stay is ready to be lifted or before **January 4, 2022**.

**DONE** and **ORDERED** in Fort Myers, Florida on October 4, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record